UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JESSICA METROS, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:12-CV-479 RLM |
| | ) | |
| SPEEDWAY LLC, | ) | |
| | ) | |
| *Defendant* | ) | |

OPINION AND ORDER

This matter is before the court on defendant Speedway LLC's motion to dismiss the plaintiff's claim for attorney fees under Fed. R. Civ. P. 12(b)(6). For the following reasons, the motion is denied.

State law governs the award of fees in a diversity case. Alyeska Pipeline Service Co. v. Wilderness Society, 421 U.S. 240, 259 n. 31 (1975); Jackman v. WMAC Inv. Corp., 809 F.2d 377, 383 (7th Cir. 1987). Indiana follows the "American Rule," which provides that "in the absence of statutory authority or an agreement between the parties to the contrary– or an equitable exception– a prevailing party has no right to recover attorney fees from the opposition." Loparex, LLC v. MPI Release Technologies, LLC, 964 N.E.2d 806, 816 (Ind. 2012) (citing State Bd. of Tax Com'rs v. Town of St. John, 751 N.E.2d 657, 659 (Ind. 2001)). Indiana recognizes two "equitable exceptions" to the rule: the "obdurate behavior" exception (codified at Ind. Code 34-52-1-1) and the "common fund" exception. Id. at 816 n. 5.

Plaintiff Jessica Metros asserts that her claim for attorney fees arises under the former, which provides:

> In any civil action, the court may award attorney's fees as part of the cost to the prevailing party, if the court finds that either party: (1) brought the action or defense on a claim or defense that is frivolous, unreasonable, or groundless; (2) continued to litigate the action or defense after the party's claim or defense clearly became frivolous, unreasonable, groundless; or (3) litigated the action in bad faith.

Ind. Code 34-52-1-1(d).

Whether Mr. Metros can prevail on her claim for fees remains to be determined, but she has identified a viable legal basis for an award of fees. Accordingly, the defendant's motion to dismiss [Doc. No. 9] is DENIED.

SO ORDERED.

ENTERED: __September 3, 2013__

                                    _____/s/ Robert L. Miller, Jr._____
                                    Judge
                                    United States District Court